UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK SOCHA AND MAURA McNULTY | : | NO.: |
| | : | |
| v. | : | |
| | : | |
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, SWIFT TRANSPORTATION SERVICES, LLC, SWIFT TRANSPORTATION AND DAKOTA JOHNSTONFISCHBACH | : | |
| | : | OCTOBER 3, 2013 |

## NOTICE OF REMOVAL

To the United States District Court for the District of Connecticut:

The Notice of Swift Transportation Co. of Arizona, LLC, Swift Transportation Services, LLC, Swift Transportation and Dakota Johnstonfischbach, respectfully shows:

1. This action was commenced by the issuance of a Summons and Complaint served on the defendants, Swift Transportation Co. of Arizona, LLC, Swift Transportation Services, LLC, Swift Transportation and Dakota Johnstonfischbach, through the Connecticut Department of Motor Vehicles, 60 State Street, Hartford, Connecticut on September 17, 2013.

2. The above-described action is a civil action and is one, which may be removed to the Court by the petitioners, defendants therein, pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1332 in that the plaintiff is a citizen of Connecticut, the defendants, Swift Transportation Co. of Arizona, LLC, Swift Transportation Services, LLC and Swift Transportation, are Arizona corporations with their principle places of business in Arizona, the defendant, Dakota Johnstonfischbach, is a citizen of New Jersey, and the amount in controversy is greater than $75,000.

3. The action is returnable in the Superior Court for the Judicial District of New Haven on October 29, 2013.

5. Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process and pleadings received by the defendants as follows: (a) Summons; (b) Complaint; and (c) a statement of amount in demand.

6. The defendants deny all of the plaintiff's allegations of liability.

7. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the plaintiff and the defendants and the amount in controversy is greater than $75,000.

WHEREFORE, the petitioners pray that the above action now pending in Superior Court at 95 Washington Street, Hartford, Connecticut, be removed therefrom to this Court.

> DEFENDANTS,
> SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, SWIFT TRANSPORTATION SERVICES, LLC, SWIFT TRANSPORTATION and DAKOTA JOHNSTONFISCHBACH
>
> By__/s/ Christopher M. Vossler
>   Christopher M. Vossler
>   ct00373
>   Howd & Ludorf, LLC
>   65 Wethersfield Avenue
>   Hartford, CT  06114-1120
>   (860) 249-1361
>   (860) 249-7665 (Fax)
>   E-Mail: cvossler@hl-law.com

**CERTIFICATION**

      I hereby certify that on October 3**,** 2013, a copy of foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by U.S. Mail to as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Patrick J. Kennedy, Esquire
RisCassi & Davis, P.C.
131 Oak Street
P.O. Box 261557
Hartford, CT  06126-1557
(860) 511-1196
(860) 246-5847 fax

                                                 /s/ Christopher M. Vossler
                                                Christopher M. Vossler

# SUMMONS - CIVIL
JD-CV-1 Rev. 2-13
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See page 2 for instructions

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | (860) 548-2700 | October 29, 2013 |

| ☒ Judicial District   ☐ Housing Session | G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Hartford at Hartford | Case type code (See list on page 2) Major: V    Minor: 01 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| RisCassi and Davis, 131 Oak Street, Hartford, CT 06106 | 050361 |

Telephone number (with area code): (860) 522-1196
Signature of Plaintiff (If self-represented):

Number of Plaintiffs: 2    Number of Defendants: 4    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Socha, Mark  Address: 22 North Beacon Street, Hartford, CT 06105 | P-01 |
| Additional Plaintiff | Name: McNulty, Maura  Address: 22 North Beacon Street, Hartford, CT 06105 | P-02 |
| First Defendant | Name: Swift Transportation Co. of Arizona, LLC  Address: 2200 S. 75th Avenue, Phoenix, AZ 85043 | D-01 |
| Additional Defendant | Name: Swift Transportation Services, LLC  Address: 2200 S. 75th Avenue, Phoenix, AZ 85043 | D-02 |
| Additional Defendant | Name: Swift Transportation  Address: 6500 W. Industrial Highway, Gary, IN 46406 | D-03 |
| Additional Defendant | Name: Johnstonfischbach, Dakota  Address: 321 Cook Road, Apt. 1104, Manahawkin, NJ 08050 | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left Patrick J. Kennedy | Date signed 09/12/2013 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |

Name and address of person recognized to prosecute in the amount of $250
Linda Musshorn, RisCassi and Davis, 131 Oak Street, Hartford, CT 06106

| Signed (Official taking recognizance; "X" proper box) John J. Houlihan, Jr. | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Date 09/12/2013 | Docket Number |

(Page 1 of 2)

RETURN DATE: OCTOBER 29, 2013

| | |
|---|---|
| MARK SOCHA; AND | |
| MAURA MCNULTY     : | SUPERIOR COURT |
| | |
| V.     : | JUDICIAL DISTRICT OF |
| | HARTFORD AT HARTFORD |
| SWIFT TRANSPORTATION | |
| CO. OF ARIZONA, LLC, and/or | |
| SWIFT TRANSPORTATION SERVICES, | |
| LLC, and/or SWIFT TRANSPORTATION; | |
| AND DAKOTA JOHNSTONFISCHBACH  : | SEPTEMBER 12, 2013 |

## COMPLAINT

**FIRST COUNT:**    <u>Mark Socha v. Swift Transportation Co. of Arizona, LLC, and/or Swift Transportation Services, LLC, and/or Swift Transportation; Dakota Johnstonfischbach</u>

1.    At all times mentioned herein, the defendants, Swift Transportation Co. of Arizona, LLC, and/or Swift Transportation Services, LLC, was and/or were and continue(s) to be a limited liability company with a mailing address of 2200 S. 75th Avenue, Phoenix, Arizona.

2.    At all times mentioned herein, the defendant, Swift Transportation, was a company with a business address of 6500 W. Industrial Highway, Gary, Indiana.

3.    On or about August 24, 2012, at approximately 12:51 p.m., the plaintiff, Mark Socha, was travelling in an easterly direction in the left lane of three travel lanes on Interstate 95, which is a public road or highway located in Fairfield, Connecticut.

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

4. At the same time and place, the defendant, Dakota Johnstonfischbach, was operating a motor vehicle owned by the defendant(s), Swift Transportation Co. of Arizona, LLC, and/or Swift Transportation Services, LLC, and/or Swift Transportation, which was travelling in an easterly direction in the center lane of three travel lanes on Interstate 95, and had reached a point in the roadway directly next to the motor vehicle being operated by the plaintiff, Mark Socha.

5. At the same time and place, the defendant, Dakota Johnstonfischbach, was operating the motor vehicle owned by the defendant(s), Swift Transportation Co. of Arizona, LLC, and/or Swift Transportation Services, LLC, and/or Swift Transportation, with the permission of the defendant(s), Swift Transportation Co. of Arizona, LLC, and/or Swift Transportation Services, LLC, and/or Swift Transportation.

6. At the same time and place, the defendant, Dakota Johnstonfischbach, was operating the motor vehicle owned by the defendant(s), Swift Transportation Co. of Arizona, LLC, and/or Swift Transportation Services, LLC, and/or Swift Transportation, as the agent, servant and/or employee of the defendant(s), Swift Transportation Co. of Arizona, LLC, and/or Swift Transportation Services, LLC, and/or Swift Transportation.

7. At the same time and place, the defendant, Dakota Johnstonfischbach attempted to make a lane change suddenly and without warning, causing the plaintiff, Mark Socha, in order to avoid a collision, to lose control of his vehicle and hit the jersey

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

barrier on the left side of highway thereby causing the plaintiff, Mark Socha, to sustain and suffer the personal injuries and losses hereinafter set forth.

8. The aforementioned accident and the personal injuries and losses sustained and suffered by the plaintiff, Mark Socha, were caused by the negligence and carelessness of the defendant, Dakota Johnstonfischbach, in one or more of the following ways:

    a. in that he operated his motor vehicle at a rate of speed greater than is reasonable, having regard to the width, traffic, and use of the highway or road, the intersection of streets, and weather conditions, in violation of §14-218a of the Connecticut General Statutes; and/or

    b. in that he moved his motor vehicle from a clearly marked lane when such movement could not be made with reasonable safety, in violation of §14-236 of the Connecticut General Statutes; and/or

    c. in that he failed to have and keep his motor vehicle under proper and reasonable control; and/or

    d. in that he was inattentive in the operation of his motor vehicle; and/or

    e. in that he failed to keep a proper and reasonable lookout for other motor vehicles upon the highway, including the plaintiff's motor vehicle; and/or

    f. in that he failed to sound his horn or otherwise warn the plaintiff of the impending collision.

9. As a result of this collision and the negligence and carelessness of the defendant, Dakota Johnstonfischbach, the plaintiff, Mark Socha, sustained and suffered

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

personal injuries and losses. The plaintiff was transported by ambulance to the St. Francis Hospital for emergent medical care and treatment. Subsequent examinations and diagnostic studies revealed that the plaintiff sustained and suffered personal injuries and losses including injury to his entire right side; injury to his right shoulder; injury to his neck; injury to his right elbow; injury to his right hip; injury to the nerves, muscles and soft tissues of his body; great pain and anguish; and a shock to his entire nervous system, some or all of which injuries are, or are likely to be, of a permanent nature.

10. As a further result thereof, the plaintiff, Mark Socha, has been forced to incur financial obligations for hospital and medical care and treatment, diagnostic studies, medicines and the like, and may be obligated for further such sums in the future.

11. As a further result thereof, the plaintiff, Mark Socha, has been and will likely continue to be, unable to pursue his usual activities to the same extent as prior to the accident, all to his further loss and detriment.

**SECOND COUNT:** **Maura McNulty v. Swift Transportation Co. of Arizona, LLC, and/or Swift Transportation Services, LLC, and/or Swift Transportation; Dakota Johnstonfischbach**

1. At all times mentioned herein the defendant(s), Swift Transportation Co. of Arizona, LLC, and/or Swift Transportation Services, LLC, was and/or were and continue(s) to be a limited liability company with a mailing address of 2200 S. 75th Avenue, Phoenix, Arizona.

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

4

2. At all times mentioned herein, the defendant, Swift Transportation, was a company with an address of 6500 W. Industrial Highway, Gary, Indiana.

3. On or about August 24, 2012, at approximately 12:51 p.m., the plaintiff, Maura McNulty, was a passenger in a motor vehicle operated by one Mark Socha which was travelling in an easterly direction in the left lane of three travel lanes on Interstate 95, which is a public road or highway located in Fairfield, Connecticut.

4. At the same time and place, the defendant, Dakota Johnstonfischbach, was operating a motor vehicle which was travelling in an easterly direction in the center lane of three travel lanes on Interstate 95, and had reached a point in the roadway directly next to the motor vehicle in which the plaintiff, Maura McNulty, was a passenger.

5. At the same time and place, the defendant, Dakota Johnstonfischbach, was operating the motor vehicle owned by the defendant(s), Swift Transportation Co. of Arizona, LLC, and/or Swift Transportation Services, LLC, and/or Swift Transportation, with the permission of the defendant(s), Swift Transportation Co. of Arizona, LLC, and/or Swift Transportation Services, LLC, and/or Swift Transportation.

6. At the same time and place, the defendant, Dakota Johnstonfischbach, was operating the motor vehicle owned by the defendant(s), Swift Transportation Co. of Arizona, LLC, and/or Swift Transportation Services, LLC, and/or Swift Transportation, as the agent, servant and/or employee of the defendant(s), Swift Transportation Co. of Arizona, LLC, and/or Swift Transportation Services, LLC, and/or Swift Transportation.

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

7. At the same time and place, the defendant, Dakota Johnstonfischbach attempted to make a lane change suddenly and without warning, causing one Mark Socha, in order to avoid a collision, to lose control of his vehicle and hit the jersey barrier on the left side of highway thereby causing the plaintiff, Maura McNulty, to sustain and suffer the personal injuries and losses hereinafter set forth.

8. The aforementioned accident and the personal injuries and losses sustained and suffered by the plaintiff, Maura McNulty, were caused by the negligence and carelessness of the defendant, Dakota Johnstonfischbach, in one or more of the following ways:

    a.    in that he operated his motor vehicle at a rate of speed greater than is reasonable, having regard to the width, traffic, and use of the highway or road, the intersection of streets, and weather conditions, in violation of §14-218a of the Connecticut General Statutes; and/or

    b.    in that he moved his motor vehicle from a clearly marked lane when such movement could not be made with reasonable safety, in violation of §14-236 of the Connecticut General Statutes; and/or

    c.    in that he failed to have and keep his motor vehicle under proper and reasonable control; and/or

    d.    in that he was inattentive in the operation of his motor vehicle; and/or

    e.    in that he failed to keep a proper and reasonable lookout for other motor vehicles upon the highway, including the plaintiff's motor vehicle; and/or

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

    f.  in that he failed to sound his horn or otherwise warn the plaintiff of the impending collision.

9. As a result of this collision and the negligence and carelessness of the defendant, Dakota Johnstonfischbach, the plaintiff, Maura McNulty, sustained and suffered personal injuries and losses. Subsequent examinations and diagnostic studies revealed that the plaintiff sustained and suffered personal injuries and losses including a concussion; a closed head injury; a cervical strain of the left side of her neck; injury to her right shoulder; injury to the nerves, muscles and soft tissues of her body; great pain and anguish; and a shock to her entire nervous system, some or all of which injuries are, or are likely to be, of a permanent nature.

10. As a further result thereof, the plaintiff, Maura McNulty, has been forced to incur financial obligations for hospital and medical care and treatment, diagnostic studies, medicines and the like, and may be obligated for further such sums in the future.

11. As a further result thereof, the plaintiff, Maura McNulty, has been and will likely continue to be, unable to pursue her usual activities to the same extent as prior to the accident, all to her further loss and detriment.

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

**WHEREFORE**, the plaintiff claims money damages. The amount in demand, exclusive of interest and costs, is in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00).

I hereby certify that I have knowledge of the financial responsibilities of the plaintiff and deem it sufficient to pay the costs.

Hereof fail not, but of this writ, with your doings thereon, make due service and return according to law.

Dated at Hartford, Connecticut, this 12th day of September, 2013.

BY _____
Patrick J. Kennedy
Commissioner of the Superior Court

We hereby enter our appearance
for the plaintiff in this action.

_____
RISCASSI AND DAVIS, P.C.
Juris No. 50361

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

8