UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK SOCHA AND MAURA McNULTY : | NO.: 3:13-cv-01454 JBA |
| : | |
| v. : | |
| : | |
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, SWIFT TRANSPORTATION SERVICES, LLC, SWIFT TRANSPORTATION AND DAKOTA JOHNSTONFISCHBACH : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiffs, Mark Socha and Maura McNulty, and the defendants, Swift Transportation Co. of Arizona, LLC, Swift Transportation Services, LLC, Swift Transportation and Dakota Johnstonfischbach, hereby stipulate that this action be dismissed, with prejudice, and with each party to bear their own costs, all matters in controversy between these parties having been fully settled and compromised.

PLAINTIFFS,
MARK SOCHA AND
MAURA McNULTY

By_____
Patrick J. Kennedy, Esquire
ct 27250
RisCassi & Davis, P.C.
P.O. Box 261557
Hartford, CT  06126-1557
Ph:  (860) 511-1196
Fax:  (860) 246-5847
pkennedy@riscassidavis.com
Date: 12/15/14

DEFENDANTS,
SWIFT TRANSPORTATION CO. OF
ARIZONA, LLC, SWIFT
TRANSPORTATION SERVICES, LLC,
SWIFT TRANSPORTATION and
DAKOTA JOHNSTONFISCHBACH

By_____
Christopher M. Vossler
ct 00373
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1121
Ph:  (860) 249-1361
Fax:  (860) 249-7665
cvossler@hl-law.com
Date: 12-2-14